**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**BECKLEY DIVISION**

MICHAEL ANTHONY COLEMAN,

        Petitioner,

v.                                CIVIL ACTION NO.   5:10-cv-01348

D. BERKEBILE,

        Respondent.

**MEMORANDUM OPINION AND ORDER**

    The Court has reviewed the Petitioner's December 3, 2010 *Application Under 28 U.S.C. §
2241 for Writ of Habeas Corpus By a Person in State or Federal Custody* (Document 1).

    By *Standing Order* (Document 2) entered on December 3, 2010, this action was referred to
the Honorable R. Clarke VanDervort, United States Magistrate Judge, for submission to this Court
of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636.
On November 7, 2013, the Magistrate Judge submitted a *Proposed Findings and Recommendation*
(Document 5) wherein it is recommended that this Court dismiss the Petitioner's *Application* and
remove this matter from the Court's docket.   Objections to the Magistrate Judge's *Proposed
Findings and Recommendation* were due by November 25, 2013.[1]

    Neither party has timely filed objections to the Magistrate Judge's *Proposed Findings and
Recommendation*.   The Court is not required to review, under a *de novo* or any other standard, the

---

[1]The docket reflects that the *Proposed Findings and Recommendation* mailed to the Petitioner was
returned as undeliverable on November 14, 2013.

factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed.   *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Failure to file timely objections constitutes a waiver of *de novo* review and the Petitioner's right to appeal this Court's Order.   28 U.S.C. § 636(b)(1); *see also Snyder v. Ridenour*, 889 F.2d 1363, 1366 (4th Cir. 1989); *United States v. Schronce*, 727 F.2d 91, 94 (4th Cir. 1984).

Accordingly, the Court **ADOPTS** and incorporates herein the findings and recommendation of the Magistrate Judge as contained in the *Proposed Findings and Recommendation*, and **ORDERS** that the Petitioner's *Application Under 28 U.S.C. § 2241 for Writ of Habeas Corpus By a Person in State or Federal Custody* (Document 1) be **DISMISSED** and that this matter be **REMOVED** from the Court's docket.

The Court **DIRECTS** the Clerk to send a certified copy of this Order to Magistrate Judge VanDervort, counsel of record, and any unrepresented party.

ENTER:        November 26, 2013

*Irene C. Berger*

IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA

2